PER CURIAM.

(No. 75-CC-929– )

EDGEWATER HOSPITAL, A Non-Profit Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed June 5, 1975.*

WILLIAM L. SILVERMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.